UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X    Index No: 1:25-cv-1706
A.P.,

                      Plaintiff,   **NOTICE OF MOTION**

      - against -

HARVEY WEINSTEIN, MIRAMAX HOLDING CORP., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., and DOE CORP 1-10,

                      Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the attached Memorandum of Law in Support of Plaintiff's Motion To Request Leave To Proceed Anonymously, Plaintiff A.P. ("Plaintiff"), by through her attorneys Phillips & Associates, shall respectfully move this Court, before the United States District Court for the South District of New York, at the courthouse located at 500 Pearl Street, New York, NY 10007 at a date and time to be determined by the Court, for entry of an Order to proceed anonymously.

Date:   February 27, 2025
           New York, NY

                                                    Respectfully Submitted,

                                                      **PHILLIPS & ASSOCIATES,**
                                                      **Attorneys at Law, PLLC**

             By:    *[signature]*
                                                      _____
                                                      Michelle A. Caiola, Esq.
                                                      Jonathan Goldhirsch, Esq.
                                                      *Attorneys for Plaintiff*
                                                      45 Broadway, 28th Floor
                                                      New York, New York 10006
                                                      T: (212) 248-7431
                                                      F: (212) 901 - 2107
                                                      mcaiola@tpglaws.com
                                                      jgoldhirsch@tpglaws.com