

**faegre drinker**

**Tracey Salmon-Smith**
Partner
tracey.salmonsmith@faegredrinker.com
+1 212 248 3191 direct

**Erica H. MacDonald**
Partner
erica.macdonald@faegredrinker.com
+1 612 766 7161 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/15/2025]*

May 14, 2025

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

Re:   *A.P. v. Weinstein, et al.*, No.: 25 Civ. 1706 (CM) (BCM)

Dear Judge McMahon:

We represent The Walt Disney Company, Disney Enterprises Inc., and Miramax Holding Corp. ("Defendants" or the "entity Defendants") in the above-captioned case. I write to request clarification with respect to the Court's Decision and Order Denying Plaintiff Leave To Proceed Anonymously, *see* ECF No. 23, issued earlier today. Given that this Decision and Order directs the Plaintiff to file a new Complaint within 20 days, the entity Defendants would like to confirm that this also amends the current briefing schedule for the Motion to Dismiss Briefs that are currently scheduled to be filed Friday, May 16, 2025, as directed in the Court's April 22nd Order, *see* ECF No. 20.

We appreciate the Court's consideration of our request.

Respectfully submitted,

*/s/ Erica H. MacDonald*
Erica H. MacDonald

*Counsel for Defendants The Walt Disney Company, Disney Enterprises Inc., and Miramax Holding Corp.*

cc: Counsel of Record Via ECF

---

**MEMO ENDORSED:**

We are maintaining the current schedule for responding to Plaintiff's complaint. Plaintiff is representing to me in the letter dated May 15, 2025 (Dkt. #26) that the *only* change to the complaint will be the addition of Plaintiff's name. Relying on that representation, no additional time will be necessary to draft responses.

/s/ Colleen McMahon
5/15/2025