PHILLIPS **&** ASSOCIATES

*Attorneys at Law*

45 BROADWAY, 28ᵀᴴ FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

DOC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 6/2/2025

May 30, 2025

**Via ECF**
Hon. Colleen McMahon
United States District Judge, SDNY
500 Pearl Street
New York, New York 10007

OK
*Colleen M. McMahon*
6/2/2025

   Re: ***A.P. v. Harvey Weinstein, et. al.***
     Case No. 1:25-cv-01706 (CM) (BCM)

Dear Judge McMahon:

  We represent Plaintiff in the above-captioned case and write to respectfully request an abeyance of Plaintiff's deadline to respond to Defendants' Miramax Holding Corp., The Walt Disney Company, and Disney Enterprises, Inc. (hereinafter referred to as "Corporate Defendants") Motion to Dismiss. (ECF No. 33-35).[1] Plaintiff and Corporate Defendants have reached an agreement-in-principle, subject to a written agreement on mutually agreeable terms. Corporate Defendants have consented to this request.

  We appreciate the Court's consideration in this matter.

            Respectfully Submitted,

            PHILLIPS & ASSOCIATES
            ATTORNEYS AT LAW, PLLC

            Michelle A. Caiola, Esq.
            Jonathan Goldhirsch, Esq.
            *Attorneys for Plaintiff*
            45 Broadway, 28ᵗʰ Floor
            New York, New York 10006
            (212) 248-7431
            mcaiola@tpglaws.com
            jgoldhirsch@tpglaws.com

---

[1] The undersigned apologizes for not submitting a timely extension request, as required by Your Honor's Individual Rules' Section I(D)(1)-(3).