

*Attorneys at Law*
45 B‍ROADWAY, 28™ F‍LOOR, N‍EW Y‍ORK, N‍EW Y‍ORK 10006
T‍EL: (212) 248-7431 F‍AX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A P‍ROFESSIONAL L‍IMITED L‍IABILITY C‍OMPANY

August 13, 2025

**<u>Via ECF</u>**
Hon. Colleen McMahon
United States District Judge, SDNY
500 Pearl Street
New York, New York 10007

  Re: *A.P. v. Harvey Weinstein, et. al.*
    Case No. 1:25-cv-01706 (CM) (BCM)

Dear Judge McMahon:

  We represent Plaintiff in the above-referenced matter, and write to respectfully request the dismissal of Defendants Miramax Holding Corp., The Walt Disney Company, and Disney Enterprises, Inc. (hereinafter referred to as "Corporate Defendants") pursuant to Rule 41(2). In our May 30, 2025, letter, we informed Your Honor that Plaintiff and Corporate Defendants reached an agreement-in-principle, subject to a written agreement on mutually agreeable terms. (ECF No. 37). As Plaintiff and Corporate Defendants have effectuated the agreement, Plaintiff respectfully requests the dismissal of Corporate Defendants from this action.

  We appreciate your Honor's consideration.

                Respectfully Submitted,

                */s/*

                **PHILLIPS & ASSOCIATES,**
                **Attorneys at Law, PLLC**
                Michelle A. Caiola, Esq.
                Jonathan Goldhirsch, Esq.
                *Attorneys for Plaintiff*
                45 Broadway, 28th Floor
                New York, New York 10006
                T: (212) 248-7431
                F: (212) 901 - 2107
                mcaiola@tpglaws.com
                jgoldhirsch@tpglaws.com