UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

A.P.

        Plaintiff,

  -against-

HARVEY WEINSTEIN, MIRAMAX HOLDING CORP., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., and DOES CORP 1-10

        Defendants.

-----------------------------------------------------------X

Case No. 1:25-cv-1706

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law in Support of Defendant **HARVEY WEINSTEIN**'s ("Weinstein") Motion To Strike certain allegations from the Complaint pursuant to F.R.C.P. RULE 12 (f), Weinstein, by and through his attorneys at **AIDALA, BERTUNA & KAMINS, P.C.**, shall respectfully move this Court, before the United States District Court for the Southern District of New York, at the courthouse located at 500 Pearl Street, New York, NY 10007 at a date and time to be determined by the Court, for entry of an Order striking certain allegations from Plaintiff's Complaint.

MEMO ENDORSED

Dated: New York, New York
      May 16, 2025

                        **AIDALA, BERTUNA & KAMINS, P.C.**

                        /s/ Imran H. Ansari
                        Imran H. Ansari, Esq.
                        546 Fifth Avenue, 6th Floor
                        New York, NY 10036
                        (212) 486-0011
                        iansari@aidalalaw.com

                        *Attorneys for Defendant Harvey Weinstein*

---

*Handwritten endorsement:*

9/10/2025

The motion to strike is DENIED. The jury will never see the complaint in this action and the material sought to be stricken is both pertinent background and no more inflammatory than the allegations concerning Weinstein's interaction with plaintiff.